1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  Heather M. Melton (CABN 260870)
   Special Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7200
7      Fax: (415) 436-7685
       E-Mail: heather.melton@usdoj.gov
8
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 11-71170 TJB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER |
| JULIE A. WEAVER, | ) | |
| Defendant. | ) | |

WHEREAS, the government is engaged in the process of providing discovery to defense counsel, Assistant Federal Public Defender Rita Bosworth, on October 27, 2011;

WHEREAS, defense counsel will require time to review the discovery in effective preparation of counsel;

WHEREAS, a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and under the circumstances the ends of justice served by a reasonable continuance outweigh the best interest of the public and the defendants in a speedy trial;

| | |
|---|---|
| 1 | THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the period of time from October 28, 2011 to November 14, 2011 shall be excluded in computing the time within which the trial of the offense alleged in the Complaint must commence under Title 18, United States Code, Section 3161 for defendant. |

6 DATED: October 27, 2011

MELINDA HAAG
United States Attorney

/s/

Heather M. Melton
Special Assistant United States Attorney


BARRY PORTMAN
Federal Public Defender

/s/

13 DATED: October 27, 2011

Rita Bosworth
Assistant Federal Public Defender

*United States v. Julie A. Weaver* [CR 11-71170 TJB]
STIPULATION AND PROPOSED ORDER

FOR GOOD CAUSE SHOWN:

The Court finds that the ends of justice are served by finding that a continuance in the above captioned matter outweighs the best interests of the public and the defendant in a speedy trial and the prompt disposition of criminal cases.

Therefore, the Court concludes that the exclusion of time from October 28, 2011 to November 14, 2011 should be made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv).

**IT IS SO ORDERED**

DATED: 10/28/11

HON. TIMOTHY J BOMMER
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

United States v. Julie A. Weaver [CR 11-71170 TJB]
STIPULATION AND PROPOSED ORDER